# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ULUOCHA AMAECHI,** | : | Civil No. 1:21-CV-1177 |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **DISTRICT COUNCIL 89, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this day of 7th day of June 2022, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT defendant AFSCME's motion to dismiss (Doc. 37) is GRANTED, and the plaintiff's claims against AFSCME are dismissed.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge