# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ULUOCHA AMAECHI,** | : | Civil No. 1:21-CV-1177 |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **DISTRICT COUNCIL 89, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 17th day of June 2022, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss (Doc. 41) is GRANTED, and the plaintiff's claims against Williams, Enrico, and Reda are dismissed and the clerk is directed to close this case.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge